On petition for review filed June 11, 1998,* petition for review allowed; decision of the Court of Appeals vacated, and case remanded to the Court of Appeals for further consideration April 5, 2001

## STATE OF OREGON,
*Respondent on Review,*

*v.*

## RICHARD JAMES BRENNER,
*Petitioner on Review.*

(CC 93CR007215, 93CR019415;
CA A89618 (Control), A89619; SC S45421)

21 P3d 1089

Diane L. Alessi, Interim Public Defender, Salem, filed the petition for review.

No response *contra*.

Before Carson, Chief Justice, and Gillette, Durham, Leeson, Riggs, and De Muniz, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Fleetwood*, 331 Or 511, 16 P3d 503 (2000).

---

* Appeal from Crook County Circuit Court, Stephen Tiktin, Judge. 152 Or App 807, 954 P2d 224 (1998).

** Kulongoski, J., did not participate in the consideration or decision of this case.